# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

> Granted. Defendant's motion shall be filed by May 5, 2023. The jury trial is hereby scheduled to begin on October 16, 2023 with jury selection to begin at 9:30 am. The final pretrial conference is scheduled for October 5, 2023, at 11:00 am.
> So ordered.
> 4/6/2023

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

_____
J. PAUL OETKEN
United States District Judge

Re: United States v. Eddie Santiago
Ind. No.: 22 Cr. 262 (JPO)

Dear Judge Oetken,

    Sabrina Schroff and I are the attorneys for Mr. Santiago in the above referenced matter. I write with the consent of Ryan Finkel, the AUSA in charge of this case, seeking a trial date the week of October 16, 2023, or a date thereafter which is convenient for the Court. The parties anticipate that the trial will take a week or less. We seek the adjournment to accommodate the parties' trial schedules, in order to allow the defense to prepare for trial, and to facilitate ongoing plea negotiations which may obviate the need for a trial. In addition, we seek leave to file a single motion challenging the indictment as violative of Mr. Santiago's First Amendment rights. We will file this motion on or before May 5, 2023 and agree to whatever time the government feels is necessary to respond.

    If you have any questions regarding this application, please contact my office.

Respectfully submitted,

David Stern

cc: Sabrina Schroff, Esq. (Via ECF and Email)
    AUSA Ryan Finkel (Via ECF and Email)