ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  Tel: (212) 571-5500
Jeremy Schneider  Fax: (212) 571-5507
Robert A. Soloway
David Stern
_____

Rachel Perillo

April 29, 2024

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 11201

      Re:  United States v. Eddie Santiago
           22 Cr. 262 (JPO)

Dear Judge Oetken:

    I represented Mr. Eddie Santiago in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 27.8 hours, nunc pro tunc to April 26, 2022, assisting me in this matter. Much of that time involved communication with the client, email correspondence, research and work on the sentencing memorandum.

    I apologize for not seeking pre-approval, before the case was finalized. I respectfully pray that the Court approve payment at an hourly rate of $125.00 for associate time in this matter.

    If your Honor needs any additional information, please do not hesitate to contact of my office. Thank you for your attention.

Sincerely,

*David Stern*

David Stern

> Granted.
> So ordered.
> 4/29/2024

_____
J. PAUL OETKEN
United States District Judge